UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ISRAFEL BRIGGS, on behalf of himself and all others similarly situated,

     Plaintiff,

-against-

CHARTER COMMUNICATIONS, LLC and TIME WARNER CABLE SERVICES LLC AS AGENT FOR TWC ADMINISTRATION,

     Defendant.

Civil Action No. 18-cv-00239(LDH)(VMS)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

---

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that Plaintiff's Complaint is hereby discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

THE LAW FIRM OF LOUIS GINSBERG, P.C.

_/s/_
Louis Ginsberg, Esq. (LG 1048)
1613 Northern Boulevard
Roslyn, NY 11576
(516) 625-0105
*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

_/s/_
Joseph A. Nuccio, Esq.
502 Carnegie Center
Princeton, NJ 08540
(609) 919-6600
*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.

**So Ordered**

s/ LDH

_____
LaShann DeArcy Hall
United States District Judge

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 07 2018 ★

BROOKLYN OFFICE